ATHENAIS VON HOFFMAN, Respondent, v. GEORGE H. KENDALL,
Appellant.

(Argued April 18, 1893; decided May 2, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered upon

an order made February 8, 1892, which affirmed a judgment in favor of plaintiff, entered upon an order of Special Term sustaining a demurrer to the affirmative defense contained in defendant's answer.

*Charles A. B. Pratt, Jr.,* for appellant.

*George J. Greenfield* for respondent.

Agree to dismiss appeal on argument; no opinion.
All concur.
Appeal dismissed.